IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rojas, Javier

Printed: 9/23/08

Case Number: 08 B 08534
Judge: Hollis, Pamela S
Filed: 4/8/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: July 28, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,099.92 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,774.00 |
| Trustee Fee: |  | 192.84 |
| Other Funds: |  | 1,133.08 |
| Totals: | 4,099.92 | 4,099.92 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,774.00 | 2,774.00 |
| 2. | Citizens Bank | Secured | 0.00 | 0.00 |
| 3. | CCO Mortgage/RBS Citizens | Secured | 0.00 | 0.00 |
| 4. | Charter One Bank | Secured | 4,164.00 | 0.00 |
| 5. | CCO Mortgage/RBS Citizens | Secured | 30,345.94 | 0.00 |
| 6. | Citizens Bank | Secured | 5,001.14 | 0.00 |
| 7. | Illinois Dept Of Healthcare And Family | Priority | 2,485.85 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 233.19 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 16,703.40 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 1,840.17 | 0.00 |
| 11. | Discover Financial Services | Unsecured | 10,398.95 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 337.41 | 0.00 |
| 13. | Child Support Division | Priority |  | No Claim Filed |
| 14. | Data Search | Unsecured |  | No Claim Filed |
| 15. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 74,284.05 | $ 2,774.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 192.84 |
|  | $ 192.84 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Rojas, Javier

Printed:  9/23/08

Case Number:  08 B 08534
Judge:  Hollis, Pamela S
Filed:  4/8/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

